William Hohl, Plaintiff, v. Keith and Proctor Amusement Company, Defendant.— Exceptions overruled and judgment directed for defendant, with costs. No opinion. Jenks, P. J., Burr, Carr and Woodward, JJ., concurred; Hirschberg, J., dissented.

. Charles Inson, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Compulsory Judicial Settlement of the Account of Florence M. Edwards, as Executrix, etc., of Richard Marshall, Deceased, Appellant. Frank Marshall and Others, Respondents.— Order affirmed, without costs to either party, and decree of the Surrogate's Court of Kings county modified by deducting from the account stated therein the item of $51.40 interest with which the executrix is charged, together with the item of $150 for furniture, also erroneously charged, and as so modified affirmed, with costs to the appellant payable out of the estate. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

In the Matter of the Application of John McBrien, Respondent, for a Peremptory Writ of Mandamus against Edward S. Ireland and Others, Commanding Them as Comprising the Board of Supervisors of the County of Suffolk, State of New York, Appellants, to Appoint the Petitioner Herein the Commissioner of Election for the County of Suffolk, Representing the Democratic Party.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Henry Jacobs, as Administrator, etc., of Charles Jacobs, Deceased, Appellant, v. H. J. Koehler Sporting Goods Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that on this record the questions as to defendant's negligence and decedent's freedom from contributory negligence should have been submitted to the jury. Jenks, P., J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Harriet L. Kendall, Respondent, v. Frederick Rohde and Others, Defendants, Impleaded with William Schmidt and Others, Appellants.— Judgment modified by striking out the provision that awards separate costs against each defendant, and by decreeing one bill of costs and disbursements against all of the defendants; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

John J. Keneally, Appellant, v. Patrick Murphy, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas and Carr, JJ., concurred; Jenks, P. J., not voting.

David Lifshin, Respondent, v. William F. Barry and Zuskind Israelite, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.